IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COESTERVMS.COM, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:15-CV-_____ |
| | ) |
| v. | ) |
| | ) |
| VIRGINIA REAL ESTATE APPRAISER | ) |
| BOARD, et al., | ) |
| | ) |
| Defendants. | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff CoesterVMS.com, Inc., in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: August 3, 2015

Respectfully submitted,

WEINER BRODSKY KIDER PC

By: _____
Jason W. McElroy (VSB No. 71250)
Michael Y. Kieval (VSB No. 71142)
1300 19th Street, NW, Fifth Floor
Washington, DC 20036-1609
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
Email: mcelroy@thewbkfirm.com
      kieval@thewbkfirm.com

*Attorneys for Plaintiff CoesterVMS.Com, Inc.*