**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| COESTERVMS.COM, INC., )<br>    Plaintiff, )<br> v. )<br>            )<br>VIRGINIA REAL ESTATE APPRAISER )<br>BOARD, *et al.* )<br>    Defendants. )<br>            ) | Civil Action No. 1:15-CV-980 |

## **VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff CoesterVMS.com, Inc. hereby voluntarily dismisses this action.

Dated: October 6, 2015

                      */s/ Jason W. McElroy*
                      Jason W. McElroy (VSB No. 71250)
                      Michael Y. Kieval (VSB No. 71142)
                      WEINER BRODSKY KIDER PC
                      1300 19th Street NW, Fifth Floor
                      Washington, DC 20036
                      Tel: (202) 628-2000
                      Fax: (202) 628-2011
                      Email: mcelroy@thewbkfirm.com
                           kieval@thewbkfirm.com

                      ***Counsel for Plaintiff CoesterVMS.Com, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of October, 2015, I caused to be served one copy of the foregoing Plaintiff CoesterVMS.com, Inc's Voluntary Dismissal upon all parties and counsel of record via the Court's CM/ECF system.

                                                       */s/ Jason W. McElroy*
                                                     Jason W. McElroy